473 A.2d 648

Commonwealth v. Hairston, Appellant.

Submitted May 24, 1983. Janette Baisley-Worstell, Assistant Public Defender, for appellant; Debbie O'Dell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

473 A.2d 648

Commonwealth v. Holloway, Appellant.
Petition for Allowance of Appeal
Denied June 13, 1984.

Submitted November 8, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.